**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

DERRICK DEXTER COLEY,  :
:
    Plaintiff,  :
:
v.  :  Case No. 1:09-CV-107 (WLS)
:
SHERIFF PETE SMITH, *et al.*,  :
:
    Defendants.  :
_____ :

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed July 27, 2009. (Doc. 8). It is recommended that Defendants Sheriff Pete Smith, Mental Health Department, and Medical Department named in Plaintiff's Complaint (Doc. 2) be **DISMISSED** as parties to the instant action. (Doc. 8). It is also recommended that Plaintiff's claim of verbal abuse by Defendant Mason and Plaintiff's claim that he was not allowed to go to the prison store both be **DISMISSED**. No objection has been filed to date.[1]

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 8) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants Sheriff Pete Smith, Mental Health Department, and Medical Department named in Plaintiff's Complaint (Doc. 2) are hereby **DISMISSED** as parties to the instant action. Plaintiff's claim of verbal abuse by Defendant Mason alleged in his Complaint (Doc. 2) is

---

[1] Plaintiff filed a motion to amend his complaint (Doc. 13) wherein which he sought to add defendants and amend his claims. United States Magistrate Judge Claude W. Hicks, Jr. granted Plaintiff's motion to amend on November 20, 2009; and, accordingly, the instant action remains pending. (Doc. 26).

1

**DISMISSED**. Plaintiff's claim that he was not allowed to go to the prison store set forth in his Complaint (Doc. 2) is also **DISMISSED**.

**SO ORDERED**, this  30th   day of April, 2010.

                                               /s/ W. Louis Sands
                                              **THE HONORABLE W. LOUIS SANDS,**
                                              **UNITED STATES DISTRICT COURT**